| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Edgar, R. Allan | 2. Court or Organization<br><br>Eastern District of Tennessee | 3. Date of Report<br><br>04/21/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>900 Georgia Avenue, Room 253<br>Chattanooga, TN 37402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | TRUST #1 |
| 2. Trustee | TRUST #2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Tennessee Consolidated Retirement System | $3,819.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/21/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FSG Bank-Chattanooga, TN, TRUSTEE SELF-DIRECTED IRA: | | | | | | | | | |
| 2. - Vanguard Windsor II Fund | B | Dividend | L | T | | | | | |
| 3. - Harbor International Fund | B | Dividend | M | T | | | | | |
| 4. - T Rowe Price New Era Fund | B | Dividend | M | T | | | | | |
| 5. - Harbor Capital App. Fund | A | Dividend | L | T | | | | | |
| 6. - Vanguard Mid-Cap Index Fund | A | Dividend | L | T | | | | | |
| 7. - CGM Realty Fund | A | Dividend | K | T | | | | | |
| 8. - I Shares MSCI Pacific Ex Japan Fund | B | Dividend | K | T | | | | | |
| 9. - Fidelity Value Fund | A | Dividend | K | T | | | | | |
| 10. - Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 11. - Brandywine Fund | | None | | | Sold | 01/13/10 | K | | |
| 12. - Fidelity Fifty Fund | A | Dividend | K | T | | | | | |
| 13. - Macquarrie Infrastructure Co. Trust | | None | J | T | | | | | |
| 14. - I-shares DJ US. Financial Services | A | Dividend | K | T | | | | | |
| 15. I-shares Brazil Index Fd | A | Dividend | J | T | | | | | |
| 16. JP Morgan Chase & Co 7.9% Bond | | None | | | Sold | 01/13/10 | K | B | |
| 17. Merrill Lynch & Co 6.15% Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. IBM Corp. 7.625% Bond | A | Interest | K | T | | | | | |
| 19. AT&T Corp. 6.7% Bond | B | Interest | K | T | | | | | |
| 20. Federated Prime Oblig Money Fund | A | Interest | M | T | | | | | |
| 21. Staples, Inc. 7.75% Bond | | None | | | Sold | 01/13/10 | K | B | |
| 22. Cabot Corp. 5% Bond | B | Interest | K | T | | | | | |
| 23. FedEx Corp. 8% Bond | B | Interest | K | T | | | | | |
| 24. Roche Holding 7% Bond | B | Interest | K | T | | | | | |
| 25. Conoco Phillips 5.75% Bond | B | Interest | K | T | | | | | |
| 26. U.S. Treasury 3.375% note | B | Interest | L | T | Buy | 01/13/10 | L | | |
| 27. Canadian Govt 2% Bond | A | Interest | L | T | Buy | 01/15/10 | L | | |
| 28. Sel. Am. Shares Fund (IRA) | A | Dividend | | | Sold | 11/19/10 | J | | |
| 29. Schwab Deposit Accounts (IRA) | A | Dividend | | | Sold | 11/18/10 | J | | |
| 30. Artisan Midcap Fund (IRA) | A | Dividend | | | Sold | 10/14/10 | J | | |
| 31. Baron Growth Fund (IRA) | | None | | | Sold | 11/18/10 | J | | |
| 32. Schwab Total Bond Mkt Index Fund (IRA) | A | Dividend | | | Sold | 11/18/10 | J | | |
| 33. Oakmark Equity Inc. Fund (IRA) | A | Dividend | K | T | | | | | |
| 34. Landus Intl. Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1.001 - $2,500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/21/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BMW Bank 1.8 % CD | A | Interest | K | T | | | | | |
| 36. Fidelity Cash Reserves Fund (IRA) | A | Interest | J | T | | | | | |
| 37. Fidelity Contrafund (IRA) | A | Dividend | J | T | | | | | |
| 38. Spartan Total Market Index Fund (IRA) | A | Dividend | K | T | | | | | |
| 39. Fidelity Div Int'l Fund (IRA) | A | Dividend | J | T | | | | | |
| 40. Fidelity Balanced Fund (IRA) | A | Dividend | J | T | | | | | |
| 41. Fidelity Short Term Bond Fund (IRA) | A | Dividend | J | T | | | | | |
| 42. Fidelity Overseas Fd (IRA) | | None | | | Sold | 03/12/10 | J | | |
| 43. Fidelity Growth Discovery Fd (IRA) | | None | | | Sold | 02/12/10 | J | | |
| 44. Fidelity Strategic Inc. Fd | A | Dividend | J | T | | | | | |
| 45. Fidelity Dividend Growth Fd | A | Dividend | J | T | Buy | 03/12/10 | J | | |
| 46. Fidelity Strategic Dividend and Income | A | Dividend | J | T | Buy | 02/12/10 | J | | |
| 47. TIAA-CREF Retirement Fund | A | Dividend | L | T | | | | | |
| 48. TRUST #1: | | | | | | | | | |
| 49. - Fidelity Municipal Money Market Fund | A | Dividend | K | | | | | | |
| 50. - Great Lakes Chem 7% | | None | | | Sold | 08/26/10 | J | | |
| 51. - Abitibi-Consol 7.875% | | None | | | Sold | 09/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting<br><br>Edgar, R. Allan | Date of Report<br><br>04/21/2011 |
|---|---|

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Gen Motors Acc 7.75% | A | Interest | J | T | | | | | |
| 53. - Citigroup 6.5% | A | Interest | K | T | | | | | |
| 54. - JP Morgan 6.75% | A | Interest | K | T | | | | | |
| 55. - Cardinal Health 6.75% | A | Interest | J | T | | | | | |
| 56. - Boeing Cap 6.1% | A | Interest | J | T | | | | | |
| 57. - Am Home Prod 6.9% | A | Interest | J | T | | | | | |
| 58. - Morgan Stanley 6.75% | A | Interest | J | T | | | | | |
| 59. - Caterpillar Inc. 6.55% | A | Interest | J | T | | | | | |
| 60. - Hormel Foods 6.625% | A | Interest | J | T | | | | | |
| 61. - Ocean Energy 7.25% | A | Interest | | | Redeemed | 10/01/10 | J | | |
| 62. - Ford Motor Credit 7.25% | B | Interest | K | T | | | | | |
| 63. - Honeywell Int'l 6.125% | A | Interest | J | T | | | | | |
| 64. - Lehman Bros 6.625% | | None | J | T | | | | | |
| 65. - General Electric Cap 6% | A | Interest | J | T | | | | | |
| 66. - Bank of America 4.875% | A | Interest | J | T | | | | | |
| 67. - Boise Cascade 7.35% | A | Interest | J | T | | | | | |
| 68. - U S Treasury 8.125% | A | Interest | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - WalMart 7.55% | A | Interest | K | T | | | | | |
| 70.  - Spartan Total Market Index Fund | C | Dividend | M | T | | | | | |
| 71.  - Fidelity Div Int'l Fund | A | Dividend | K | T | | | | | |
| 72.  - Fidelity 500 Index Fund | A | Dividend | K | T | | | | | |
| 73.  -Fidelity Mega Cap Fd | A | Dividend | J | T | | | | | |
| 74.  First Regl Bk Cali 3.7%CD | A | Interest | | | Redeemed | 02/21/10 | K | | |
| 75.  Barclays Bk Del. 2.8% CD | C | Interest | L | T | | | | | |
| 76.  First Chicago Bk 2.0% CD | A | Interest | K | T | | | | | |
| 77.  TRUST #2: | | | | | | | | | |
| 78.  - Vanguard Pacific Index Fund | A | Dividend | J | T | | | | | |
| 79.  - Vanguard European Index Fund | A | Dividend | J | T | | | | | |
| 80.  - Vanguard Total Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 81.  - Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 82.  - Vanguard Short Term Bond Index Fund | A | Dividend | J | T | Sold (part) | 04/08/10 | J | | |
| 83.  - T Rowe Price New Era Fund | A | Dividend | K | T | | | | | |
| 84.  John Hancock Universal Life Insurance Policy | B | Interest | K | T | | | | | |
| 85.  SunTrust Bank-Accounts (x) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PARTS I AND VII --

██████████████████████████████

I am Co-Trustee of TRUST #1, and Trustee of TRUST #2.

Vanguard Windsor II Fund (IRA) listed on line 30 on the 2009 report is listed on line 2 in this report. IRA was consoliated with FSG Bank IRA.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ R. Allan Edgar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544